# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE E. DIXON,<br><br>Plaintiff,<br><br>v.<br><br>DR. MUHAMMAD E. ZEEM, LEW. STERRETT JAIL, LEW. STERRETT COUNTY MEDICAL DEPARTMENT and THE CITY OF DALLAS, TEXAS,<br><br>Defendants. | NO. 2:15-cv-00167-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge James P. Hutton's July 8, 2015 Report and Recommendation, ECF No. 5, recommending that the case be transferred to the United States District Court for the Northern District of Texas, pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1406. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and **TRANSFERS** the case to the United States District Court for the Northern District of Texas.

//
//
//
//
//

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 5, is **ADOPTED** in its entirety.
2. This action is **TRANSFERRED** to the United States District Court for the Northern District of Texas.
3. No determination has been made regarding Plaintiff's request to proceed *in forma pauperis*.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Plaintiff, and to Magistrate Judge James P. Hutton. The District Court Executive is further directed to forward this file, with a copy of this Order, to the Clerk of the United States District Court for the Northern District of Texas and close the file in this district.

**DATED** this 23rd day of July 2015.



_____
Stanley A. Bastian
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2